JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-0625 JGB** | Date | July 14, 2026 |
| Title | ***Paul Hupp v. Virginia Anne Phillips, et al.*** | | |

| | |
|---|---|
| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| MAYNOR GALVEZ | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: Order DISMISSING Plaintiff's Complaint (Dkt. No. 1) (IN CHAMBERS)**

On January 23, 2026, pro se Plaintiff Paul Hupp ("Hupp") filed a complaint against Defendants Virginia Anne Phillips, John Washburne Vineyard, Thomas Harry Cahraman, Bernard George Skomal, Michael Angel Hestrin, Samiuela F. Taloa, Manuel Angelo Ramirez, and Roes 1-25. ("Complaint," Dkt. No. 1.) On April 30, 2026, Hupp filed a request to proceed in forma pauperis. ("IFP Request," Dkt. No. 8.) On June 2, 2026, the Court denied Hupp's IFP Request for failure to provide sufficient financial information and because Hupp's Complaint failed to state a claim upon which relief may be granted. (Dkt. No. 12.) The Court also dismissed the Complaint with leave to amend. (Id.) The Court gave Hupp 30 days to file a first amended complaint and to provide more information. As of the date of this order, Hupp has failed to file an amended complaint or provide any additional information regarding his financial circumstances. As a result, the Court **DISMISSES** the case. The Clerk is directed to close the case.

**IT IS SO ORDERED.**